IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HELEN R. TAVARES,

    Plaintiff,

    v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

No. C 06-6583 PJH

**JUDGMENT**

This action having come before the court on the parties' cross-motions for summary judgment and the court having denied plaintiff's motion,

it is Ordered and Adjudged

that the Commissioner's final decision is affirmed pursuant to sentence four of 42 U.S.C. § 405(g). This constitutes a final judgment under Federal Rules of Civil Procedure 58, and closes the case and terminates all pending motions.

**IT IS SO ORDERED.**

Dated: December 21, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge